# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 13-CR-2014-LRR |
| vs. | **ORDER** |
| BENTON STONG, | |
| Defendant. | |

_____

On September 17, 2013, the court accepted the jury verdict finding Defendant Benton Stong guilty on Counts 1 - 5 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1 - 5 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant to remain in custody pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 18th day of September, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA